**FILED**
**JANUARY 22, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 501**

In the Matter of                                                      Case Number:

True Value Company,
vs.
Livermore Andersen Hardware, Inc. d/b/a Schultz True Value,
and Island True Value Hardware, Inc. d/b/a Island True Value,
and Antioch True Value Hardware, Inc., et al.

**JUDGE DARRAH**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

True Value Company

**J. N.**

| | |
|---|---|
| NAME (Type or print) | |
| Kristine M. Boylan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Kristine M. Boylan | |
| FIRM | |
| Merchant & Gould P.C. | |
| STREET ADDRESS | |
| 3200 IDS Center, 80 South Eighth Street | |
| CITY/STATE/ZIP | |
| Minneapolis, MN 55402 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 90785470 | 612-332-5300 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐