### *United States District Court for the Northern District of Illinois*

Case Number: 08CV501

Assigned/Issued By: J. N.

Judge Name: darrah

Designated Magistrate Judge: Denlow

---

## FEE INFORMATION

***Amount Due:***   ☑ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

### (For Use by Fiscal Department Only)

Amount Paid: 350

Receipt #: 2481175

Date Payment Rec'd: 1-22-08

Fiscal Clerk: j. n.

---

## ISSUANCES

☑ Summons

☐ Alias Summons

☐ Third Party Summons

☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____

☐ Citation to Discover Assets

(Victim, Against and $ Amount)

☐ Writ _____
      (Type of Writ)

4 Original and 0 copies on 1-23-08 as to all defendants

(Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05