UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

True Value Company,

    Plaintiff,

vs.

Livermore Andersen Hardware, Inc. d/b/a
Schultz True Value, and
Island True Value Hardware, Inc. d/b/a
Island True Value, and
Antioch True Value Hardware, Inc. d/b/a
Antioch True Value Hardware, and
Phillip S. (Stan) Livermore, individually,

    Defendants.

Court File No. 08-CV-501

**RULE 7.1 DISCLOSURE**

The undersigned counsel of record for True Value Company furnishes the following list in compliance with Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2:

1. True Value Company has no parent corporation; and

2. There is no publicly held corporation that owns 10% or more of this stock.

Respectfully Submitted,

Date: 1/30/08

Kristine M. Boylan, Esq. (N.D.Ill. #90785470)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone No. 612.332.5300
Telefacsimile No. 612.332.9081

*Attorneys for Plaintiff True Value Company*