UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

True Value Company,

    Plaintiff,

vs.

Livermore Andersen Hardware, Inc. d/b/a
Schultz True Value, and
Island True Value Hardware, Inc. d/b/a
Island True Value, and
Antioch True Value Hardware, Inc. d/b/a
Antioch True Value Hardware, and
Phillip S. (Stan) Livermore, individually,

    Defendants.

Court File No. 08-cv-501

**PLAINTIFF'S NOTICE OF CLAIM INVOLVING TRADEMARKS**

---

Pursuant to Northern District of Illinois Local Rule 3.4, Plaintiff True Value Company hereby gives notice in writing that the following United States Trademarks are at issue in this suit:

United States Trademark Nos. 977,017 and 2,669,361 and 2,669,362.

Plaintiff True Value Company is a cooperative corporation organized under the laws of Delaware, with the principal place of business of 8600 West Bryn Mawr Avenue, Chicago, Illinois 60631-3505.

Defendant Antioch True Value Hardware, Inc. d/b/a Antioch True Value Hardware is an Illinois corporation. Its principal place of business is 488 Orchard Street, Antioch, IL 60002-1237.

Defendant Island True Value Hardware, Inc. d/b/a Island True Value is an Illinois corporation. Its principal place of business is 217 East State, Island Lake, IL 60042.

Defendant Livermore Andersen Hardware, Inc. d/b/a Schultz True Value is an Illinois corporation. Its principal place of business is 7020 West Higgins Avenue, Chicago, IL 60656.

Respectfully Submitted,

Dated: 1/22/08

By: _____
Kristine M. Boylan (N.D. IN. 90785470)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone No. 612.332.5300
Telefacsimile No. 612.332-9081

*Attorneys for Plaintiff True Value Company*