UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

| | |
|---|---|
| True Value Company, | Court File No. 08-cv-00501 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF MAILING** |
| Livermore Andersen Hardware, Inc. d/b/a Schultz True Value, and Island True Value Hardware, Inc. d/b/a Island True Value, and Antioch True Value Hardware, Inc. d/b/a Antioch True Value Hardware, and Phillip S. (Stan) Livermore, individually, | |
| Defendants. | |

---

I hereby certify that a true and correct copy of the **materials describing the Court's Lanham Act mediation program** have been sent to the following party by e-mail and first class mail, postage prepaid, this 31st day of January, 2008 as follows:

Richard Perna
Fuchs & Roselli, Ltd.
440 W Randolph St, Ste 500
Chicago, IL  60606
rperna@frltd.com


Dated: 01/31/08                           s/Kristine Boylan
                                          Kristine M. Boylan