U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                              Case Number: 08 CV 501
True Value Company, Plaintiff, v. Livermore Anderson
Hardware, et al., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Livermore Anderson Hardware, Inc., d/b/a Schultz True Value and Island True Value Hardware, Inc., d/b/a Island True Value and Antioch True Value Hardware, Inc., d/b/a Antioch True Value Hardware and Phillip S. (Stan) Livermore, individually,

| NAME (Type or print) |
| --- |
| Richard C. Perna |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Richard C. Perna |
| FIRM |
| Fuchs & Roselli, Ltd. |
| STREET ADDRESS |
| 440 West Randolph Street, Suite 500 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6193236 | (312) 651-2400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |