UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

TRUE VALUE COMPANY,

    Plaintiff,

v.

LIVERMORE ANDERSON HARDWARE,
INC., d/b/a SCHULTZ TRUE VALUE, and
ISLAND TRUE VALUE HARDWARE, INC.,
d/b/a ISLAND TRUE VALUE, and ANTIOCH
TRUE VALUE HARDWARE, INC., d/b/a/
ANTIOCH TRUE VALUE HARDWARE and
PHILLIP S. (Stan) LIVERMORE, Individually,

    Defendants.

No. 08 CV 501

## NOTICE OF FILING

To:    Kristine M. Boylan
        Merchant & Gould P.C.
        3200 IDS Center
        80 South Eighth Street
        Minneapolis, Minnesota 55402

PLEASE TAKE NOTICE that on the 19th day of February, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Appearance of Richard C. Perna and Daniel E. Wiesch*, a copy of which is attached hereto and hereby served upon you.

        By:   /s/ Daniel E. Wiesch
            One of the attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned attorney on oath certifies that on February 19, 2008, he served the foregoing Notice and the document(s) referenced therein, by both electronic delivery to all parties that have consented to same and by depositing a copy of each such document in the U.S. Mail from Chicago, Illinois, with proper postage prepaid, to each person to whom it is directed above in accordance with the Federal Rules of Civil Procedure.

        By:   /s/ Daniel E. Wiesch
            One of the attorneys for Defendants

Richard C. Perna (6193236)
Daniel E. Wiesch (6276171)
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400
Fax: (312) 651-2499