UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUE VALUE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>LIVERMORE ANDERSON HARDWARE, INC., d/b/a SCHULTZ TRUE VALUE, and ISLAND TRUE VALUE HARDWARE, INC., d/b/a ISLAND TRUE VALUE, and ANTIOCH TRUE VALUE HARDWARE, INC., d/b/a/ ANTIOCH TRUE VALUE HARDWARE and PHILLIP S. (Stan) LIVERMORE, Individually,<br><br>        Defendants. | No. 08 CV 501 |

## NOTICE OF FILING

To:    Kristine M. Boylan
         Merchant & Gould P.C.
         3200 IDS Center
         80 South Eighth Street
         Minneapolis, Minnesota 55402

     PLEASE TAKE NOTICE that on the 19th day of February, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Appearance of Richard C. Perna and Daniel E. Wiesch*, a copy of which is attached hereto and hereby served upon you.

                                                   By:    /s/ Daniel E. Wiesch
                                                                   One of the attorneys for Defendants

## CERTIFICATE OF SERVICE

     The undersigned attorney on oath certifies that on February 19, 2008, he served the foregoing Notice and the document(s) referenced therein, by both electronic delivery to all parties that have consented to same and by depositing a copy of each such document in the U.S. Mail from Chicago, Illinois, with proper postage prepaid, to each person to whom it is directed above in accordance with the Federal Rules of Civil Procedure.

                                                    By:    /s/ Daniel E. Wiesch
                                                                   One of the attorneys for Defendants

Richard C. Perna (6193236)
Daniel E. Wiesch (6276171)
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400
Fax: (312) 651-2499