UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUE VALUE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIVERMORE ANDERSON HARDWARE, INC., d/b/a SCHULTZ TRUE VALUE, and ISLAND TRUE VALUE HARDWARE, INC., d/b/a ISLAND TRUE VALUE, and ANTIOCH TRUE VALUE HARDWARE, INC., d/b/a/ ANTIOCH TRUE VALUE HARDWARE and PHILLIP S. (Stan) LIVERMORE, Individually,<br><br>　　　　Defendants. | No. 08 CV 501 |

**DEFENDANTS' AGREED MOTION TO EXTEND
TIME TO ANSWER OR OTHERWISE PLEAD**

**NOW COMES** the Defendants, LIVERMORE ANDERSON HARDWARE, INC., d/b/a SCHULTZ TRUE VALUE, and ISLAND TRUE VALUE HARDWARE, INC., d/b/a ISLAND TRUE VALUE, and ANTIOCH TRUE VALUE HARDWARE, INC., d/b/a/ ANTIOCH TRUE VALUE HARDWARE and PHILLIP S. (Stan) LIVERMORE (collectively "DEFENDANTS"), by and through their attorneys, FUCHS & ROSELLI, LTD., and as and for its *Agreed Motion to Extend Time to Answer or Otherwise Plead* ("MOTION"), state as follows:

　　1.　　The Plaintiff, TRUE VALUE COMPANY ("PLAINTIFF") commenced this action in the United States District Court for the Northern District of Illinois.

　　2.　　LIVERMORE ANDERSON HARDWARE, INC., d/b/a SCHULTZ TRUE VALUE, and ISLAND TRUE VALUE HARDWARE, INC., d/b/a ISLAND TRUE VALUE, and ANTIOCH TRUE VALUE HARDWARE, INC., d/b/a/ ANTIOCH TRUE VALUE

HARDWARE were served with *Summons* and *Complaint* in the LAWSUIT on or about January 23, 2008.

3. DEFENDANTS were to file their Answer or other responsive pleadings by February 12, 2008.

4. On February 19, 2008, Defense counsel agreed to waiver service on behalf of Defendant, Phillip Livermore.

5. DEFENDANTS require additional time to investigate this matter and to file a proper response to the *Complaint*.

6. In addition, DEFENDANTS seek additional time to explore possible resolution of this matter.

7. For these reasons, DEFENDANTS respectfully request that this Honorable Court grant it an additional Fourteen (14) days to answer or otherwise plead.

8. The MOTION is not brought for the purposes of delay or harassment.

9. DEFENDANTS will be severely prejudiced by denial of the MOTION.

10. PLAINTIFF will not be prejudiced by granting of the MOTION and have agreed to the requested extension.

11. The interests of justice will be served by granting of the MOTION.

**WHEREFORE**, the Defendants, LIVERMORE ANDERSON HARDWARE, INC., d/b/a SCHULTZ TRUE VALUE, and ISLAND TRUE VALUE HARDWARE, INC., d/b/a ISLAND TRUE VALUE, and ANTIOCH TRUE VALUE HARDWARE, INC., d/b/a/ ANTIOCH TRUE VALUE HARDWARE and PHILLIP S. (Stan) LIVERMORE, respectfully request that this Honorable Court grant them an additional Fourteen (14) days to answer or otherwise plead to this Complaint, and such other and further relief as this Honorable Court deems just and proper.

3

                                    Respectfully submitted,

                  By:      \s\ Daniel E. Wiesch
                                    Attorney for Defendants

Richard C. Perna (6193236)
Daniel E. Wiesch (6276171)
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400
Fax: (312) 651-2499