UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUE VALUE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIVERMORE ANDERSON HARDWARE, INC., d/b/a SCHULTZ TRUE VALUE, and ISLAND TRUE VALUE HARDWARE, INC., d/b/a ISLAND TRUE VALUE, and ANTIOCH TRUE VALUE HARDWARE, INC., d/b/a/ ANTIOCH TRUE VALUE HARDWARE and PHILLIP S. (Stan) LIVERMORE, Individually,<br><br>　　　　　Defendants. | No. 08 CV 501 |

## NOTICE OF FILING

To:　Kristine M. Boylan
　　　Merchant & Gould P.C.
　　　3200 IDS Center
　　　80 South Eighth Street
　　　Minneapolis, Minnesota 55402

**PLEASE TAKE NOTICE** that on the 19th day of February, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Defendants' Agreed Motion to Extend Time to Answer or Otherwise Plead*, a copy of which is attached hereto and hereby served upon you.

　　　　　　　　　　　　　　　　By:　  /s/ Daniel E. Wiesch
　　　　　　　　　　　　　　　　　　　One of the attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned attorney on oath certifies that on February 19, 2008, he served the foregoing Notice and the Motion referenced therein, by both electronic delivery to all parties that have consented to same and by depositing a copy of each such document in the U.S. Mail from Chicago, Illinois, with proper postage prepaid, to each person to whom it is directed above in accordance with the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　By:　  /s/ Daniel E. Wiesch
　　　　　　　　　　　　　　　　　　　One of the attorneys for Defendants

Richard C. Perna (6193236)
Daniel E. Wiesch (6276171)
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400
Fax: (312) 651-2499