UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TRUE VALUE COMPANY,** <br><br> **Plaintiff,** <br><br> v. <br><br> **LIVERMORE ANDERSON HARDWARE, INC., d/b/a SCHULTZ TRUE VALUE, and ISLAND TRUE VALUE HARDWARE, INC., d/b/a ISLAND TRUE VALUE, and ANTIOCH TRUE VALUE HARDWARE, INC., d/b/a/ ANTIOCH TRUE VALUE HARDWARE and PHILLIP S. (Stan) LIVERMORE, Individually,** <br><br> **Defendants.** | No. 08 CV 501 |

### NOTICE OF MOTION

To:  Kristine M. Boylan
　　　Merchant & Gould P.C.
　　　3200 IDS Center
　　　80 South Eighth Street
　　　Minneapolis, Minnesota 55402

**PLEASE TAKE NOTICE** that on February 26, 2008 at 8:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John W. Darrah, or any judge sitting in her stead, in the courtroom usually occupied by her in Courtroom 1203 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present to the Court *Defendants' Agreed Motion to Extend Time to Answer or Otherwise Plead,* a copy of which is attached hereto and herewith served upon you.

　　　　　　　　　　　　　　　By:　　/s/ Daniel E. Wiesch
　　　　　　　　　　　　　　　　　　One of the attorneys for Defendants

### CERTIFICATE OF SERVICE

The undersigned attorney on oath certifies that on February 19, 2008, he served the foregoing Notice and the Motion referenced therein by both electronic delivery to all parties that have consented to same and by depositing a copy of each such document in the U.S. Mail from Chicago, Illinois, with proper postage prepaid, to each person to whom it is directed above in accordance with applicable Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　By:　　/s/ Daniel E. Wiesch
　　　　　　　　　　　　　　　　　　One of the attorneys for Defendants

Daniel E. Wiesch-6276171
FUCHS & ROSELLI, LTD.
440 W. Randolph Street, Suite 500
Chicago, Illinois 60606
Tel:　(312) 651-2400