**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

True Value Company

                                Plaintiff,

v.                                                       Case No.: 1:08−cv−00501
                                                      Honorable John W. Darrah

Livermore Andersen Hardware, Inc., et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 22, 2008:

      MINUTE entry before Judge John W. Darrah :Defendants' agreed motion for an extension of time to answer [13] is granted to 3/7/08. Status hearing set for 3/25/08 is re−set to 3/26/08 at 9:00 a.m. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.