UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TRUE VALUE COMPANY,**<br><br>  Plaintiff,<br><br>  v.<br><br>**LIVERMORE ANDERSON HARDWARE, INC., d/b/a SCHULTZ TRUE VALUE, and ISLAND TRUE VALUE HARDWARE, INC., d/b/a ISLAND TRUE VALUE, and ANTIOCH TRUE VALUE HARDWARE, INC., d/b/a/ ANTIOCH TRUE VALUE HARDWARE and PHILLIP S. (Stan) LIVERMORE, Individually,**<br><br>  Defendants. | No.  08 CV 501 |

### RE-NOTICE OF MOTION

To:   Kristine M. Boylan
      Merchant & Gould P.C.
      3200 IDS Center
      80 South Eighth Street
      Minneapolis, Minnesota  55402

**PLEASE TAKE NOTICE** that on March 19, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John W. Darrah, or any judge sitting in his stead, in the courtroom usually occupied by her in Courtroom 1203 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present to the Court *Defendants' Agreed Second Motion to Extend Time to Answer or Otherwise Plead,* a copy of which is attached hereto and herewith served upon you.

                          By:    /s/ Daniel E. Wiesch
                                  One of the attorneys for Defendants

### CERTIFICATE OF SERVICE

The undersigned attorney on oath certifies that on March 13, 2008, he served the foregoing Notice referenced therein by both electronic delivery to all parties that have consented to same and by depositing a copy of each such document in the U.S. Mail from Chicago, Illinois, with proper postage prepaid, to each person to whom it is directed above in accordance with applicable Federal Rules of Civil Procedure.

                          By:    /s/ Daniel E. Wiesch
                                  One of the attorneys for Defendants

Daniel E. Wiesch-6276171
FUCHS & ROSELLI, LTD.
440 W. Randolph Street, Suite 500
Chicago, Illinois 60606
Tel:   (312) 651-2400