## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TRUE VALUE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**LIVERMORE ANDERSON HARDWARE, INC., d/b/a SCHULTZ TRUE VALUE, and ISLAND TRUE VALUE HARDWARE, INC., d/b/a ISLAND TRUE VALUE, and ANTIOCH TRUE VALUE HARDWARE, INC., d/b/a/ ANTIOCH TRUE VALUE HARDWARE and PHILLIP S. (Stan) LIVERMORE, Individually,**<br><br>Defendants. | No. 08 CV 501 |

## NOTICE OF FILING

To:   Kristine M. Boylan
      Merchant & Gould P.C.
      3200 IDS Center
      80 South Eighth Street
      Minneapolis, Minnesota  55402

**PLEASE TAKE NOTICE** that on the 21st day of March, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint*, a copy of which is attached hereto and hereby served upon you.

By:   /s/ Daniel E. Wiesch
      One of the attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned attorney on oath certifies that on March 21, 2008, he served the foregoing Notice and the document(s) referenced therein, by both electronic delivery to all parties that have consented to same and by depositing a copy of each such document in the U.S. Mail from Chicago, Illinois, with proper postage prepaid, to each person to whom it is directed above in accordance with the Federal Rules of Civil Procedure.

By:   /s/ Daniel E. Wiesch
      One of the attorneys for Defendants

Richard C. Perna (6193236)
Daniel E. Wiesch (6276171)
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400
Fax: (312) 651-2499

2