UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

True Value Company,

    Plaintiff,

vs.

Livermore Andersen Hardware, Inc. d/b/a
Schultz True Value, and
Island True Value Hardware, Inc. d/b/a
Island True Value, and
Antioch True Value Hardware, Inc. d/b/a
Antioch True Value Hardware, and
Phillip S. (Stan) Livermore, individually,

    Defendants.

Court File No.: 08-CV-501

08 cv 501

**STIPULATION OF DISMISSAL**

FILED

APR 1 6 2008
Apr 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

    Plaintiff, True Value Company. and Defendants Livermore Andersen Hardware, Inc. d/b/a Schultz True Value, and Island True Value Hardware, Inc. d/b/a Island True Value, and Antioch True Value Hardware, Inc. d/b/a Antioch True Value Hardware, and Phillip S. (Stan) Livermore, individually by and through their counsel advise the court that the parties have entered into a settlement agreement to resolve the claims asserted by Plaintiff in this matter.

    In furtherance of such settlement agreement, the parties hereby stipulate pursuant to Federal Rule Civil Procedure 41 to the dismissal of the claims in this case. The parties hereby request that the court enter a final order of dismissal of this action.

It is so stipulated and agreed upon this 15th day of April, 2008.

Dated: 4/15/08

MERCHANT & GOULD, P.C.

By: _____
Kristine M. Boylan, (N.D. Ill No. 90785470)
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612.332.5300
Facsimile: 612.332.9081

ATTORNEY FOR PLAINTIFF
TRUE VALUE COMPANY

FUCHS & ROSELLI, LTD.

Dated: 4/15/08

By: _____
Richard C. Perna (6193236)
Daniel E. Wiesch (6276171)
440 West Randolph Street, Suite 500
Chicago, IL 60606
Telephone: (312) 651-2400
Facsimile: (312) 651-2499

ATTORNEYS FOR DEFENDANT
LIVERMORE ANDERSEN HARDWARE,
INC. D/B/A SCHULTZ TRUE VALUE,
AND ISLAND TRUE VALUE
HARDWARE, INC. D/B/A ISLAND TRUE
VALUE, AND ANTIOCH TRUE VALUE
HARDWARE, INC. D/B/A ANTIOCH
TRUE VALUE HARDWARE, AND
PHILLIP S. (STAN) LIVERMORE,
INDIVIDUALLY