## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 501 | **DATE** | 4/16/2008 |
| **CASE TITLE** | True Value Company vs. Livermore Andersen Hardware, et. al. | | |

**DOCKET ENTRY TEXT**

Parties having filed a stipulation of dismissal, this case is hereby closed. Civil case terminated.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|